**96–2096. State ex rel. Clyde v. Pub. Util. Comm.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, COOK and STRATTON, JJ., concur.
PFEIFER, J., dissents.